UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

ISSA KONE, ADAMA DIOMANDE,                                ECF
and ALY CAMARA, on behalf of themselves
individually, and on behalf of Class Members,

                         Plaintiffs,

vs.                                                       15-CV-01328 (LTS)

JOY CONSTRUCTION CORPORATION,
AMNON SHALHOV, NISAN LOBEL,
and JOHN DOES 1-10,

                         Defendants.

------------------------------------------------------------------x

## RENEWED JOINT MOTION FOR
## APPROVAL OF REVISED SETTLEMENT AGREEMENT

PLEASE TAKE NOTICE, that upon the accompanying Supplemental Declaration of Stephen H. Penn, Esq. dated October 7, 2016 and exhibits thereto, including the Form of a revised Settlement Agreement annexed thereto as Exhibit A, and upon all the pleadings and proceedings herein, Plaintiffs and Defendants jointly move this Court before the Honorable Laura Taylor Swain, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, on a date and at a time to be fixed by the Court, for an order approving said revised Settlement

Agreement, and for such other and further relief as the Court deems just and proper.

Dated: New York, NY
       October 7, 2016

BY: _____
Alfred N. Metz (AM6294)
Norris McLaughlin & Marcus, P.A.
875 Third Avenue, 8th Floor
New York, New York 10022
Telephone: 212-808-0700
E-mail: anmetz@nmmlaw.com
Attorneys for Plaintiffs