# EXHIBIT E
# TO SUPPLEMENTAL DECLARATION
# OF STEPHEN H. PENN

# SETTLEMENT AMOUNT BREAKDOWN

Case 1:15-cv-01328-LTS-DCF  Document 64-7  Filed 08/16/16  Page 2 of 2

| KONE v. JOY CONSTRUCTION<br>Final Breakdown of Gross Settlement Payment | | | | | |
|---|---|---|---|---|---|
| Plaintiff | Dates of Employment | Back Pay (W-2 Withholding) | Liquidated Damages (No Withholding - Form 1099) | Attorneys' Fees & Costs | Total Payment |
| Camara | 10/29/2004 - 07/10/2014 | $43,775.56 | $43,775.56 | $44,623.21 | $132,174.33 |
| Diallo | 03/14/2013 - 08/13/2015 | $10,943.89 | $10,943.89 | $11,155.80 | $33,043.58 |
| Jawara | 03/11/2013 - 07/24/2014 | $21,887.78 | $21,887.78 | $22,311.60 | $66,087.16 |
| Dembele (aka Gory) | 09/13/2012 - 06/26/2014 | $27,359.73 | $27,359.73 | $27,889.50 | $82,608.96 |
| Soukounou | 02/08/2012 - 07/29/2016 | $13,678.87 | $13,678.88 | $13,943.74 | $41,301.49 |
| Diaoune (aka Sangare) | 06/12/2011 - 05/26/2016 | $43,775.56 | $43,775.56 | $44,623.21 | $132,174.33 |
| Doumbia | 4/22/2005 - 10/16/2015 | $54,719.45 | $54,719.45 | $55,779.01 | $165,217.91 |
| Traore (aka Diamonde) | 10/28/2010 - 02/02/2012 | $16,415.84 | $16,415.84 | $16,733.70 | $49,565.38 |
| Khalifa | 01/31/2008 - 07/30/2015 | $27,359.73 | $27,359.72 | $27,889.50 | $82,608.95 |
| Kone | 04/28/2009 - 10/02/2014 | $54,719.45 | $54,719.45 | $55,779.01 | $165,217.91 |
| Subtotal | | $314,635.86 | $314,635.86 | | $629,271.72 |
| NMM | | | | $320,728.28 | $320,728.28 |
| Total | | | | | $950,000.00 |

28374065v.1